Devin Sawdayi (SBN: 188847)
Devin Sawdayi A Law Corporation
10866 Wilshire Blvd, Suite 890,
Los Angeles, CA 90024
Tel: (310)475-9399

Attorney for Debtor(s)

UNITED STATES BANKRUPCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

IN RE:

Roberta Marie Dunn

DEBTOR(S),

Case No.: 2:17-bk-12164-SK

CHAPTER 13

**RESPONSE TO CHAPTER 13 TRUSTEE'S MOTION TO DISMISS; DECLARATION OF DEVIN SAWDAYI**

DATE: October 18, 2018
TIME: 10:30 am
DEPT: 1575
PLACE: 255 E. Temple Street
Los Angeles, CA

**COMES NOW** Debtor(s), by and through his attorney of record, Devin Sawdayi, files this response to the Chapter 13 Trustee's motion to dismiss. This response is supported by the following Memorandum of Points and Authorities, as well as other pleadings on file with the Court.

DATED: September 27, 2018

LAW OFFICES OF DEVIN SAWDAYI

_____
DEVIN SAWDAYI
Attorney at Law

1

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. FACTUAL CONTENTIONS

1. Debtor filed for Chapter 13 in order to reorganize her debt.

2. The Chapter 13 Trustee's motion is correct in claiming that Debtor is delinquent with certain plan payments.

3. Debtor will file a separate motion to modify/spend Chapter 13 plan to address the delinquency amount.

4. As such, the Trustee's Motion should respectfully be denied at this time.

### II. LEGAL ARGUMENT.

A. <u>No Breach of 11 U.S.C. Section 1307(c) will exist upon payment by the Debtor and/or approval of said Motion to Modify/Suspend so that Movant's Motion should be denied</u>.

Based on the above no breach of 11 U.S.C. Section 1307(c) will exist. As such, Movant's motion should respectfully be denied at this time.

**WHEREFORE**, Debtor respectfully requests that the Chapter 13 trustee's motion to dismiss be denied at this time.

RESPECTFULLY SUBMITTED,

DATED: September 27, 2018

_____
Devin Sawdayi
Attorney for Debtor

## DECLARATION OF DEVIN SAWDAYI

1. I am an individual currently residing in the County of Los Angeles, State of California, and am over 18 years of age. I have personal knowledge of each fact contained in this declaration and could and would testify competently thereto under oath if called upon to do so.

2. I am the attorney of record in the pending Chapter 13, Case 2:17-bk-12164-SK. This declaration is being filed in support of Debtor's response to trustee's motion to dismiss.

3. The Chapter 13 Trustee's motion appears to be correct in claiming that Debtor is delinquent with certain plan payments.

4. Since receiving the Trustee's motion to dismiss this case, my office has made numerous attempts to reach Ms. Dunn. Unfortunately, I have not heard back from her. However, I anticipate hearing back from her in the near future.

5. It is anticipated that the Debtor will file a separate motion to modify/spend Chapter 13 plan to address the delinquency amount.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: September 27, 2018

_____
Devin Sawdayi

DECLARATION OF DEVIN SAWDAYI

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10866 Wilshire Blvd., Suite 890, Los Angeles, CA 90024

A true and correct copy of the foregoing document entitled (*specify*): **RESONSE TO CHATPER 13 TRUSTEE'S MOTION TO DISMISS; DECLARATION OF DEVIN SAWDAYI** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 9/28/18 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Sunny Bhagtani**    sunny.bhagtani@americaninfosource.com
- **Kathy A Dockery (TR)**    EFiling@LATrustee.com
- **Nichole Glowin**    nglowin@wrightlegal.net, BKUDGeneralupdates@wrightlegal.net
- **Can Guner**    cguner@rasflaw.com
- **Keith Labell**    lkabell@rasflaw.com, lkabell@rasflaw.com
- **Devin Sawdayi**    devinslaw@gmail.com, yuzumi.bk@gmail.com
- **Valerie Smith**    claims@recoverycorp.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov
- **Madison C Wilson**    mwilson@rasflaw.com, ras@ecf.courtdrive.com;bkyecf@rasflaw.com
- **Kristin A Zilberstein**    ecfnotifications@ghidottilaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 9/28/18 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

- Honorable Sandra Klein, U.S. Bankruptcy Court, 255 E. Temple Street, Los Angeles, CA 90012
- Ms. Roberta Dunn: 2059 Lambert Dr, Pasadena, CA 91107

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/28/18 | Yuzumi Isaki | */s/ Yuzumi Isaki* |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                              F 9013-3.1.PROOF.SERVICE